SEALED FILED

AUG 0 9 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00124 EPG |
| Plaintiff, | ORDER PARTIALLY UNSEALING COMPLAINT |
| v. | (FILED UNDER SEAL) |
| WILLIAM JAMES FARBER et al., | |
| Defendants. | |

The Complaint, filed on August 5, 2017, in the above-captioned matter was sealed by the United States Magistrate Erica P. Grosjean in the Eastern District of California, Fresno Courthouse, on August 5, 2017.

IT IS HEREBY ORDERED that the Clerk's Office file a redacted version of the Complaint attached to this Order as "Attachment A," as a new docket item, and that the unredacted Complaint be kept secret and remain under seal until further order of this Court.

IT IS FURTHER ORDERED that the Motion, Declaration of Grant B. Rabenn, and Order thereon, be filed under seal and shall remain sealed until further order from this Court.

DATED: August 9, 2017

_____
HON. SHEILA K. OBERTO
United States Magistrate Judge

4