PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00124 EPG |
|---|---|
| Plaintiff, | MOTION TO UNSEAL CASE |
| v. | |
| WILLIAM JAMES FARBER et al., | |
| Defendants. | |

The United States of America hereby applies to this court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure to unseal the above-captioned case. There no longer exists any reason to keep the case under seal as the defendants have been arrested.

Based on the foregoing, the United States respectfully requests that the case be unsealed and made public record.

Dated: August 16, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ GRANT B. RABENN
GRANT B. RABENN
Assistant United States Attorney

1