PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED

AUG 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00124 EPG |
|---|---|
| Plaintiff, | ORDER UNSEALING FILE |
| v. | |
| WILLIAM JAMES FARBER et al., | |
| Defendants. | |

The case was sealed by order of this court pursuant to Rule6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed as to all defendants and be made public record.

DATED: August 16, 2017

Honorable Barbara A. McAuliffe
United States Magistrate Judge