PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00124 EPG |
|---|---|
| Plaintiff, | MOTION TO SEAL DOCKET NO. 1 |
| v. | |
| WILLIAM JAMES FARBER et al., | |
| Defendants. | |

The United States of America hereby applies to this court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure to order and direct that Docket No. 1 be kept sealed in this case until further order of the Court. U.S. Magistrate Judge Sheila K. Oberto ordered a partial unsealing of Docket No. 1, which was refiled as a separate docket item. Based on the reasons set forth in that motion to partially unseal, the government requests that Docket No. 1 be ordered sealed until further order of the Court.

Dated: August 16, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ GRANT B. RABENN
GRANT B. RABENN
Assistant United States Attorney