PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



FILED

AUG 16 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-MJ-00124 EPG |
|---|---|
| Plaintiff, | ORDER SEALING DOCKET NO. 1. |
| v. | |
| WILLIAM JAMES FARBER et al., | |
| Defendants. | |

Docket No. 1 was sealed by order of this court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that Docket No. 1 remain sealed until further order of the Court.

DATED: August 16, 2017

/s/ Barbara A. McAuliffe
Honorable Barbara A. McAuliffe
United States Magistrate Judge