PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILIAM JAMES FARBER<br>aka "Bill Danzerian,"<br>BRYAN ANTHONY LEMONS,<br>MICHAEL ANGELO PALMA,<br>RICHARD THOMAS MARTINSEN,<br>RYAN THOMAS MARTINSEN,<br>MICHELE PICKERELL, and<br>FAYSAL MUSTAFA ALKHAYAT,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:17-CR-00188-LJO-SKO<br><br>NOTICE OF RECORDING OF LIS PENDENS |

　　　　NOTICE IS HEREBY GIVEN, that on August 23, 2017, the United States recorded a Lis Pendens with the Los Angeles County Recorder, as Document Number 20170957960 for real property located in Los Angeles County at 805 W. Gabrielino Court, Altadena, California, APN: 5863-023-044.

　　　　A true and correct copy of the recorded Lis Pendens is attached hereto as Exhibit A.

Dated: August 24, 2017　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Grant B. Rabenn
　　　　　　　　　　　　　　　　　　　　　　　GRANT B. RABENN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

NOTICE OF RECORDING OF LIS PENDENS　　　　　　　　　　1

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on August 24, 2017, she served a copy of the **Notice of Recording of Lis Pendens** by placing said copy in a postpaid envelope addressed by certified mail to the person hereinafter named at the places and addre3sses stated below, which hare the last known addresses, and by depositing said envelope and contents in the United States Mail at Fresno, California.

**Addressee(s):**

Michele Pickerell
805 W. Gabrielino Court
Altadena, CA 91001-3700

U.S. Bank Trust, N.A.
Trustee for LSF9 Master Participation Trust
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134-2550

Steven A. Seiden
The Law Office of Steven A. Seiden
13658 Hawthorne Blvd., Suite 100C
Hawthorne, CA 90250
        [*Attorney for Michele Pickerell*]

Michael Lee Becker
Law office of Michael L. Becker
965 N. Vignes Street, Suite 10
Los Angeles, CA 90012
        [*Attorney for Michele Pickerell*]

    /s/ Elisa M. Rodriguez
Elisa M. Rodriguez
FSA Contractor Paralegal
(Original signature retained by attorney)

**EXHIBIT A**

**This page is part of your document - DO NOT DISCARD**

# 20170957960



**Pages:**
**0006**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

### 08/23/17 AT 12:09PM

|        |       |
|--------|------:|
| FEES:  | 30.00 |
| TAXES: |  0.00 |
| OTHER: |  0.00 |
| PAID:  | 30.00 |



**LEADSHEET**



201708230110021

00014143261



008541980

**SEQ:**
**01**

SECURE - Daily



**THIS FORM IS NOT TO BE DUPLICATED**

Pickerell Lis Pendens

E442318

Recording Requested By:
U.S. ATTORNEY'S OFFICE

When Recorded, Mail This
Document to:

U.S. ATTORNEY'S OFFICE
Attn: Elisa Rodriguez
2500 Tulare Street, Suite 4401
Fresno, CA 93721                              [for recorder's use only]

## [LIS PENDENS NOTICE OF PENDING ACTION]

The recording is being requested by the United States because the document pertains to real property located in Los Angeles County.

PHILLIP A. TALBERT
United States Attorney
GRANT B. RABENN
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM JAMES FARBER<br>aka "Bill Danzerian,"<br>BRYAN ANTHONY LEMONS,<br>MICHAEL ANGELO PALMA,<br>RYAN THOMAS MARTINSEN,<br>MICHELE PICKERELL, and<br>FAYSAL MUSTAFA ALKHAYAT,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 1:17-CR-00188-LJO-SKO<br><br>LIS PENDENS NOTICE OF PENDING ACTION<br>[CCP § 405]<br><br>Recorded Owner: Michele Pickerell |

　　　　NOTICE IS HEREBY GIVEN, pursuant to Section 405 of the California Code of Civil Procedure, that the above-entitled action concerns and affects the following real property located at 805 W. Gabrielino Court, Altadena, California, Los Angeles County, Assessor's Parcel Number 5863-023-044, and more fully described as:

　　　　Parcel 1:

　　　　Lot 11 of Tract No. 45546-04, in the County of Los Angeles, State of California, as per Map recorded in Book 1223 Pages 24 to 27 inclusive of Maps, in the office of the County Recorder of said County.

　　　　Except therefrom the property conveyed hereby any mineral or other exceptions of record.

///

LIS PENDENS NOTICE OF PENDING ACTION　　　　　　　1

Parcel 2:

A non-exclusive appurtenant easement for ingress and egress on and over those private streets or drives owned by La Vina Homeowners Association, a non profit mutual benefit corporation or protions of private streets over which access easements have been conveyed to La Vina Homeowners Association, subject to the Terms and Provisions of the Declaration of Restrictions recorded May 13, 1997 as Instrument No. 97-716312, Official Records and any Amendments Thereto.

Parcel 3:

A non-exclusive appurtenant easement to use any common area recreational facilities owned by La Vina Homeowners Association, a non-profit mutual benefit corporation or to which use easements have been conveyed to La Vina Homeowners Association, subject to the Terms and Provisions of the Declaration of Restrictions recorded May 13, 1997 as instrument No. 97-716312, Official Records, and any amendments thereto.

APN: 5863-023-044

Said action was commenced on August 17, 2017, in the above-named Court by the United States of America, plaintiff, against defendants William James Farber aka "Bill Danzerian," Bryan Anthony Lemons, Michael Angelo Palma, Ryan Thomas Martinsen, Michele Pickerell, and Faysal Mustafa Alkhayat. Said action is now pending in the above-named Court.

The object of plaintiff's action is the criminal prosecution of defendants William James Farber aka "Bill Danzerian," Bryan Anthony Lemons, Michael Angelo Palma, Ryan Thomas Martinsen, Michele Pickerell, and Faysal Mustafa Alkhayat, and the criminal forfeiture of the above-referenced real property to the United States pursuant to 21 U.S.C. § 853(a).

If the plaintiff's action is successful, title to the subject property will vest in the United States pursuant to 21 U.S.C. § 853(a).

Dated: August 22, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Grant B. Rabenn
GRANT B. RABENN
Assistant U.S. Attorney

ACKNOWLEDGMENT

> A notary public or other officer completing this acknowledgment verifies only the identity of the individual who signed this document, and not the truthfulness, accuracy, or validity of this document.

State of California       )
                          )
County of Fresno          )

On August 22, 2017, before me, Elisa Marie Rodriguez, Notary Public, personally appeared **Grant B. Rabenn**, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Elisa Marie Rodriguez_

ELISA MARIE RODRIGUEZ
Commission # 2088892
Notary Public - California
Fresno County
My Comm. Expires Dec 2, 2018

**CERTIFICATE OF SERVICE BY CERTIFIED MAIL**

The undersigned hereby certifies that she is an employee who works in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers. That on August 22, 2017, she served a copy of:

*Lis* Pendens Notice of Pending Action

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Fresno, California or by personal service.

**ADDRESSEE(S):**

Michele Pickerell
805 W. Gabrielino Court
Altadena, CA 91001-3700

U.S. Bank Trust, N.A.
Trustee for LSF9 Master Participation Trust
c/o Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134-2550

/s/ Elisa Rodriguez
Elisa Rodriguez, FSA Contractor Paralegal

LIS PENDENS NOTICE OF PENDING ACTION     4