VICTOR SHERMAN (SBN 38483)
Law Offices of Victor Sherman
A Professional Law Corporation
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064
Telephone: (424) 371-5930
Facsimile: (310) 392-9029
Email: ssvictor@aol.com

Attorney for Defendant
WILLIAM JAMES FARBER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17-00188-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER** |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUE APPEARING THEREFOR;

IT IS HEREBY ORDERED that the defendant may have an extension of time to post his bond to September 5, 2017.

IT IS SO ORDERED.

Dated: **August 29, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

1