NINA MARINO, ESQ. (State Bar No. 142815)
RICHARD KAPLAN, ESQ. (State Bar No. 130586)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Boulevard, Suite 902
Beverly Hills, California 90212
Tel:   (310) 557-0007
Fax:   (310) 861-1776
E-mail: marino@kaplanmarino.com
       kaplan@kaplanmarino.com
       lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:17-cr-00188-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) **WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON** |
| WILLIAM JAMES FARBER, | ) |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant William James Farber, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorneys of record the same as if Defendant were personally present, and requests that this court allow his attorneys-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

//

//

//

DATED: September 25, 2017                Respectfully submitted,

                                         /s/ William James Farber
                                         _____
                                         WILLIAM JAMES FARBER
                                         Defendant
                                         (Original Signature in File)


DATED: September 25, 2017                Respectfully submitted,
                                         KAPLAN MARINO, PC

                                         /s/ Jennifer Lieser
                                         _____
                                         JENNIFER LIESER
                                         Attorney for Defendant
                                         WILLIAM FARBER

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings pursuant to Fed. R. Crim. P. 43(b)(3) until further order of the court.


IT IS SO ORDERED.

Dated:  **October 2, 2017**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE