# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>WILLIAM JAMES FARBER,<br><br>  Defendant. | Case No. 1:17-cr-00188-LJO-SKO<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>(ECF No. 88) |

Defendant William James Farber filed a motion to modify his conditions of release on May 8, 2018. (ECF No. 88.) On May 21, 2018, a hearing was held on Defendants' motion. (ECF No. 91.) Counsel Grant Rabenn appeared for the Government and counsel Richard Kaplan appeared with Defendant. (Id.)

Defendant seeks to strike the condition that he be subject to the Location Monitoring program and that he abide by all requirements of the program. Defendant contends that since his release on August 28, 2017, he has remained in compliance and has not had any violations. Therefore, he argues that the conditions imposed are overly restrictive and not necessary.

Defendant has presented no new information to change the determination that the conditions of release that are currently imposed are the least restrictive conditions to reasonably assure his appearance as required and the safety of any other person and/or the community. 18 U.S.C. § 3142(c)(1)(B). Having considered the moving papers and the argument and evidence

1

presented in support of the motion, the Court finds that the current conditions imposed are the least restrictive conditions of release. The Court, in releasing a defendant, is to impose the least restrictive conditions[1] and since no appeal was sought of the judge's decision of release in this case, it is presumed that the conditions imposed were, and are still, the least restrictive.

Further, the defendant offered insufficient conditions as to why his conditions should be reduced and how his changed or increased work schedule could not work within the confines or his presently imposed conditions.

Therefore, for these reasons the Defendant's motion to modify the conditions of release, filed May 8, 2018, is HEREBY DENIED.

IT IS SO ORDERED.

Dated: __**May 21, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] 18 U.S.C. § 3142(c)(B).