NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail:  marino@kaplanmarino.com
             lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-LJO-SKO |
| Plaintiff, | **ORDER RE: STIPLULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

Upon stipulation by the parties to modify the conditions of pretrial release for defendant WILLIAM JAMES FARBER, and upon finding good cause, it is hereby ORDERED that:

Defendant William James Farber's conditions of pretrial release as identified in the Court's Modified Order Setting Conditions of Release (Dkt. 76) be modified to **strike condition (7)(b)** which reads as follows:

> *"participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO; Curfew: You*

*are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations; and court appearances pre-approved by the PSO."*

All other pretrial release conditions are to remain the same.

IT IS SO ORDERED.

Dated:   **October 5, 2018**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE