NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail: marino@kaplanmarino.com
    lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-LJO-SKO |
| Plaintiff, | **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT** |
| v. | |
| | TRIAL DATE: 11/13/2019 |
| WILLIAM JAMES FARBER, *et al.* | |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on March 13, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 USC § 3161.

The Court further finds that: (1) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex that it is unreasonable to expect preparation for

pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from May 14, 2019 at 9:00 a.m. to November 13, 2019 at 9:00 a.m. All other briefing and hearing dates are vacated.

2. The time period of May 14, 2019 to November 13, 2019, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 USC §§ 3161(h)(7)(A), (h)(7)(B)(ii), (h)(7)(B)(i) and (b)(iv). Defendants shall appear in Courtroom 4 of the Federal Courthouse, 2500 Tulare St., Fresno, CA 93721 on November 13, 2019 at 9:00 a.m. for trial.

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and//or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

N.B. This Court is convinced, but only this ONE TIME. This is complex. That said, counsel now know it. Waiting even a day to get something done in this case would be a mistake. Once Discovery is complete, much more is required for review, analysis and strategy. Much needs to be done with consultants and experts and trial preparation. THE TRIAL DATE WILL NOT BE CONTINUED DUE TO REQUEST OR STIPULATION AGAIN.

IT IS SO ORDERED.

Dated: **March 14, 2019**          /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC

_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER