NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail: marino@kaplanmarino.com
lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-LJO-SKO |
| Plaintiff, | **ORDER RE: STIPLULATION TO MODIFY CONDITIONS OF RELEASE** |
| v. | |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

Upon stipulation by the parties to modify the conditions of pretrial release for defendant WILLIAM JAMES FARBER, and upon finding good cause, it is hereby ORDERED that:

Defendant William James Farber's conditions of pretrial release as identified in the Court's Order Setting Conditions of Release (Dkt. 47) be modified to add the following condition:

*"You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer; and you must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."*

All other pretrial release conditions are to remain the same.

//

//

1

IT IS SO ORDERED.

Dated:   **May 16, 2019**

_____
UNITED STATES MAGISTRATE JUDGE