NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail: marino@kaplanmarino.com
lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

FILED
DEC 13 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM JAMES FARBER,<br><br>Defendant. | Case No. 17-CR-00188-LJO-SKO<br><br>**ORDER RE: STIPLULATION TO MODIFY CONDITIONS OF RELEASE** |

Upon stipulation by the parties to modify the conditions of pretrial release for defendant WILLIAM JAMES FARBER, and upon finding good cause, it is hereby ORDERED that:

Defendant William James Farber's conditions of pretrial release as identified in the Court's Order Setting Conditions of Release (Dkt. 47) be modified as follows:

That condition "(7)(h)" which reads:

> *"submit to drug and/or alcohol testing as approved by the PSO. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the PSO;"*

**be stricken.**

All other pretrial release conditions are to remain the same.

//

//

1

[PROPOSED] ORDER RE: STIPULATION TO MODIFY CONDITIONS OF RELEASE

IT IS SO ORDERED

Dated: 12/13/19

ERICA P. GROSJEAN,
UNITED STATES MAGISTRATE JUDGE

Presented by:
KAPLAN MARINO, P.C.

_____/s/_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER