NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail:  marino@kaplanmarino.com
          lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-NONE-SKO |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| v. | SENTENCING DATE: 2/19/2021 |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS hereby ordered that:

(1) that the sentencing currently set for October 2, 2020, at 10:30 a.m., be continued to February 19, 2021, at 8:30 a.m.;

(2) that the informal objections to the draft Presentence Investigation Report be delivered to the probation officer and each other on or before January 22, 2021;

(3) that the final Presentence Investigation Report be made available via CM/ECF to the court and counsel on or before January 29, 2021;

(4) that the formal objections and sentencing memoranda be filed with the court on or before February 5, 2021; and

(5) that any Replies or Statements of Non-Opposition be filed with the court on or before February 12, 2021.

[PROPOSED] ORDER TO CONTINUE SENTENCING

1

**ORDER**

2

IT IS SO ORDERED.

3

    Dated:  __**August 26, 2020**__                 _____

4

                                                UNITED STATES DISTRICT JUDGE

5

6

7

8

Presented by,

KAPLAN MARINO, PC

9

10

11

_____/ s /_____

NINA MARINO

12

JENNIFER LIESER

Attorneys for Defendant

13

WILLIAM JAMES FARBER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO CONTINUE SENTENCING