NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail:  marino@kaplanmarino.com
            lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-NONE-SKO |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| v. | SENTENCING DATE: 8/06/2021 |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

Pursuant to the parties' stipulation (Doc. No. 195) and GOOD CAUSE APPEARING, IT IS hereby ordered that:

(1) that the sentencing currently set for February 19, 2021, at 8:30 a.m., be continued to August 6, 2021, at 10:30 a.m.;

(2) that the informal objections to the draft Presentence Investigation Report be delivered to the probation officer and each other on or before July 9, 2021;

(3) that the final Presentence Investigation Report be made available via CM/ECF to the court and counsel on or before July 13, 2021;

(4) that the formal objections and sentencing memoranda be filed with the court on or before July 23, 2021; and

(5) that any Replies or Statements of Non-Opposition be filed with the court on or before July 30, 2021.

IT IS SO ORDERED.

Dated:   **January 13, 2021**

_____
UNITED STATES DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC


_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER

[PROPOSED] ORDER TO CONTINUE SENTENCING