NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
9454 Wilshire Blvd., Suite 902
Beverly Hills, California 90212
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail: marino@kaplanmarino.com
         lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-NONE-SKO |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| v. | SENTENCING DATE: 2/25/2022 |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS hereby ordered that:

(1) that the sentencing currently set for August 6, 2021 at 10:30 a.m., be continued to February 25, 2022 at 10:30 a.m.;

(2) that the informal objections to the draft Presentence Investigation Report be delivered to the probation officer and each other on or before January 28, 2022;

(3) that the final Presentence Investigation Report be made available via CM/ECF to the court and counsel on or before February 4, 2022;

(4) that the formal objections and sentencing memoranda be filed with the court on or before February 11, 2022; and

1  (5) that any Replies or Statements of Non-Opposition be filed with the court on or before February

2     18, 2022.

3

4  IT IS SO ORDERED.

5     Dated:   **June 25, 2021**          _____

6                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12  Presented by,

13  KAPLAN MARINO, PC

14

15  _____/ s /_____

16  NINA MARINO
    JENNIFER LIESER

17  Attorneys for Defendant
    WILLIAM JAMES FARBER

18

19

20

21

22

23

24

25

26

27

28