NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Ave.
Los Angeles, CA 90046
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail:  marino@kaplanmarino.com
         lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | **ORDER CONTINUING SENTENCING DATE** |
| v. | SENTENCING DATE: 4/15/2022 |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS hereby ordered that:

(1) that the sentencing currently set for February 25, 2022 at 10:30 a.m. be continued to April 15, 2022, at 10:30 a.m.;

(2) that the formal objections and sentencing memoranda be filed with the Court on or before April 1, 2022; and

(3) that any Replies or Statements of Non-Opposition be filed with the Court on or before April 8, 2022.

IT IS SO ORDERED.

Dated:  **February 4, 2022**

_____
UNITED STATES DISTRICT JUDGE