NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Ave.
Los Angeles, CA 90046
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail:  marino@kaplanmarino.com
             lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | **ORDER CONTINUING SENTENCING AND HEARING DATE** |
| v. | |
| WILLIAM JAMES FARBER, | SENTENCING AND HEARING DATE: 6/16/2022 **IN PERSON** |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that:

(1) the sentencing currently set for April 15, 2022, at 9:00 a.m. be continued to June 16, 2022 at 9:00 a.m. IN-PERSON; and

(2) the Hearing on the Motion for Self-Surrender likewise be continued to June 16, 2022 at **8:30 a.m.**[1] IN-PERSON.

IT IS SO ORDERED.

Dated:  **April 13, 2022**

_____
UNITED STATES DISTRICT JUDGE

---

[1] Counsel proposed 9 a.m., but because of a jury trial, the Court has selected 8:30 a.m.

1
[PROPOSED] ORDER TO CONTINUE SENTENCING