# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM JAMES FARBER,<br><br>　　　　　　　　Defendant. | Case No. 17-CR-00188-JLT-SKO-1<br><br>**ORDER EXTENDING SELF SURRENDER DATE**<br><br>[PROPOSED] SURRENDER DATE: JANUARY 10, 2023 |

　　　　GOOD CAUSE APPEARING, it is hereby ordered that WILLIAM JAMES FARBER'S self-surrender date to the institution designated by the Bureau of Prisons: to wit, FMC Fort Worth, Texas, shall be extended by two weeks to January 10, 2023. Mr. Farber shall surrender to FMC Fort Worth before 2:00 PM PST on January 10, 2023.

IT IS SO ORDERED.

　Dated:　**December 27, 2022**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC


_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER

---

1
[PROPOSED] ORDER EXTENDING SELF SURRENDER DATE