# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | **ORDER SEALING EXHIBIT A TO STIPULATION TO EXTEND SURRENDER DATE** |
| v. | |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibit A to the Stipulation to Extend Surrender Date may be filed under seal.

IT IS SO ORDERED.

Dated: __**December 27, 2022**__

_____
UNITED STATES DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC


_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER