# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br><br>WILLIAM JAMES FARBER,<br><br>　　　　　　　　　　Defendant. | Case No. 17-CR-00188-JLT-SKO-1<br><br>**ORDER SEALING EXHIBIT A TO STIPULATION TO EXTEND SURRENDER DATE** |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibit A to the Stipulation to Extend Surrender Date may be filed under seal.

IT IS SO ORDERED.

Dated:  **January 9, 2023**

_____
UNITED STATES DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC


_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER

---

1
[PROPOSED] SEALING ORDER