# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | **ORDER EXTENDING SELF SURRENDER DATE** |
| v. | [PROPOSED] SURRENDER DATE: FEBRUARY 8, 2023 |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that WILLIAM JAMES FARBER'S self-surrender date to the institution designated by the Bureau of Prisons: to wit, FMC Fort Worth, Texas, shall be extended to **February 8, 2023**. Mr. Farber shall surrender to FMC Fort Worth before 2:00 PM PST on **February 8, 2023**.

IT IS SO ORDERED.

Dated:   **January 9, 2023**

_____
UNITED STATES DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC

_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER

1
[PROPOSED] ORDER EXTENDING SELF SURRENDER DATE