# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | ) ) | **ORDER SEALING EXHIBIT A TO STIPULATION TO EXTEND SURRENDER DATE** |
| v. | ) ) | |
| WILLIAM JAMES FARBER, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibit A to the Stipulation to Extend Surrender Date may be filed under seal.

IT IS SO ORDERED.

Dated: **February 7, 2023**

_____
UNITED STATES DISTRICT JUDGE