# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 17-CR-00188-JLT-SKO-1 |
| | ) |
| Plaintiff, | ) **ORDER EXTENDING SELF SURRENDER** |
| | ) **DATE** |
| v. | ) |
| | ) SURRENDER DATE: APRIL 11, 2023 |
| | ) |
| | ) |
| WILLIAM JAMES FARBER, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

GOOD CAUSE APPEARING, it is hereby ordered that WILLIAM JAMES FARBER'S self-surrender date to the institution designated by the Bureau of Prisons: to wit, FMC Fort Worth, Texas, shall be extended to **April 11, 2023**. Mr. Farber shall surrender to FMC Fort Worth before 2:00 PM PST on **April 11, 2023**.

**The Court does not anticipate that it will agree to extend the report date again.**

IT IS SO ORDERED.

Dated:   **February 7, 2023**

_____
UNITED STATES DISTRICT JUDGE

1