# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | **ORDER SEALING EXHIBIT A TO MOTION TO EXTEND SURRENDER DATE** |
| v. | |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibit A to Defendant Farber's Motion to Extend Surrender Date may be filed under seal. It contains confidential medical information that should not be filed on the public docket.

IT IS SO ORDERED.

Dated: **April 7, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE