# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
|---|---|
| Plaintiff, | **ORDER DELYAING DEFENDANT FARBER'S SELF-SURRENDER TO APRIL 14, 2023 TO ALLOW THE COURT TO CONSIDER THE PENDING MOTION (Doc. 262)** |
| v. | |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

    To allow the Court time to consider fourth motion to extend the self-surrender date, the Court **DELAYS** Mr. Farber's self-surrender date to **April 14, 2023**.

IT IS SO ORDERED.

Dated:  **April 7, 2023**

_____
UNITED STATES DISTRICT JUDGE