# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM JAMES FARBER,<br><br>　　　　　　　　　　Defendant. | Case No. 17-CR-00188-JLT-SKO-1<br><br>**ORDER TO SHORTEN TIME TO DETERMINE MR. FARBER'S MOTION FOR RECONSIDERATION; ORDER STAYING MR. FARBER'S SELF-SURRENDER DATE** |

GOOD CAUSE APPEARING, it is hereby ordered that time be shortened to rule on WILLIAM JAMES FARBER'S motion for reconsideration. The government **SHALL** file opposition or a statement of non-opposition to the motion for reconsideration **no later than April 14, 2023**.

The order requiring Mr. Farber to self-surrender on April 14, 2023, is **STAYED** to allow the Court to evaluate his motion for reconsideration.

IT IS SO ORDERED.

　　Dated:　**April 12, 2023**　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE