# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | **ORDER SEALING EXHIBIT A TO MOTION FOR RECONSIDERATION** |
| v. | |
| WILLIAM JAMES FARBER, | |
| Defendant. | |

Exhibit A to WILLIAM JAMES FARBER'S Motion for Reconsideration contains confidential medical information. Thus, the Court **ORDERS** that Exhibit A be filed under seal.

IT IS SO ORDERED.

Dated:  **April 12, 2023**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE