**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 17-CR-00188-JLT-SKO-1 |
| Plaintiff, | ) ) ) | **ORDER TO EXONERATE BOND & PROPERTY** |
| v. | ) ) | |
| WILLIAM JAMES FARBER, | ) ) | |
| Defendant. | ) ) ) | |

     GOOD CAUSE APPEARING, it is hereby ordered that all liens on real property associated with deed of trust #20170983655, and located in Glendora, CA (dkt. no. 59) posted for bond in the amount of $250,000.00 (two hundred fifty thousand dollars) (dkt. no. 30) be released.

IT IS SO ORDERED.

Dated:  **June 22, 2023**                                    _____
                                                                                   UNITED STATES DISTRICT JUDGE

Presented by,
KAPLAN MARINO, PC


_____/ s /_____
NINA MARINO
JENNIFER LIESER
Attorneys for Defendant
WILLIAM JAMES FARBER

---

1

[PROPOSED] ORDER TO EXONERATE BOND & PROPERTY