NINA MARINO, ESQ. (State Bar No. 142815)
JENNIFER LIESER, ESQ. (State Bar No. 313707)
KAPLAN MARINO, PC
1546 N. Fairfax Ave.
Los Angeles, CA 90046
Tel: (310) 557-0007
Fax: (310) 861-1776
E-mail: marino@kaplanmarino.com
lieser@kaplanmarino.com

Attorneys for Defendant
WILLIAM JAMES FARBER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WILLIAM JAMES FARBER,<br>Defendant. | Case No. 17-cr-00188<br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |

THIS MATTER is before the Court on the motion of Jennifer Lieser to withdraw as counsel of record for Defendant William James Farber. For good cause shown, the Court ORDERS that the motion is GRANTED. Ms. Lieser is hereby relieved as counsel of record for Defendant Farber. The clerk is directed to remove Ms. Lieser from the electronic case file (ECF) for this matter.

IT IS SO ORDERED.

Dated: August 13, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE